OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


The State ex rel. Nelson, Appellant, v. Tubbs Jones, Pros.
Atty., Appellee.
[Cite as State ex rel. Nelson v. Tubbs Jones (1993),     Ohio
St.3d     .]
Public records -- R.C. 149.43 does not require custodians to
     mail either copies of public records or the records
     themselves.
     (No. 93-593 -- Submitted June  15, 1993 -- Decided
October 6, 1993.)
     Appeal from the Court of Appeals for Cuyahoga County, No.
64763.
     After filing five written requests for certain public
records in a criminal case, appellant, Carl A. Nelson, Sr.,
filed a mandamus action in the court of appeals against
appellee, Stephanie Tubbs Jones, Cuyahoga County Prosecuting
Attorney, to obtain the records.  The court of appeals
dismissed the action sua sponte, citing State ex rel. Fenley v.
Ohio Historical Soc. (1992), 64 Ohio St.3d 509, 597 N.E.2d 120.
     The cause is before this court upon an appeal as of right.

     Carl A. Nelson, Sr., pro se.
     Stephanie Tubbs Jones, Cuyahoga County Prosecuting
Attorney, and Carol Shockley, Assistant Prosecuting Attorney,
for appellee.

     Per Curiam.  While we are aware of no procedural rule that
authorizes the court to dismiss a case summarily on a question
of law - - see State ex rel. Hanson v. Guernsey Cty. Bd. of
Commrs. (1992), 65 Ohio St.3d 545, 605 N.E.2d 378 - - we find
on the merits that the court of appeals reached the right
result and affirm its judgment based on Fenley, supra, and
State ex rel. Nelson v. Fuerst (1993), 66 Ohio St.3d 47, 607
N.E.2d 836.
                              Judgment affirmed.
     Moyer, C.J., A.W. Sweeney, Resnick and F.E. Sweeney, JJ.,
concur.
     Douglas, Wright and Pfeifer, JJ., dissent for the reasons
stated in Justice Wright's dissenting opinion in State ex rel.

Fenley v. Ohio Historical Soc. (1992), 64 Ohio St.3d 509, 515-516, 597 N.E.2d 120, 125-126.